COMMONWEALTH of Pennsylvania,
Respondent

v.

Michael U. PETERSON, Petitioner

No. 163 WAL 2017

Supreme Court of Pennsylvania.

August 29, 2017

## ORDER

PER CURIAM

**AND NOW,** this 29th day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**